UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

FILED
2012 JUN 29 P 3: 19
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLK

JEFFREY SWAFFORD, )
 )
    *Plaintiff*, )
 ) Case No. 1:11-cv-42
v. )
 ) Judge Mattice
WHIRLPOOL CORPORATION, )
 )
    *Defendant*. )

## VERDICT FORM

***We, the jury, unanimously answer the following questions.***

1. Has Plaintiff Jeffrey Swafford proved by a preponderance of the evidence all of the elements of the claim for retaliatory discharge?

    __✓__ YES      ____ NO

   *If you answered "NO" to Question 1, please sign and date this Verdict Form and tell Ms. Scott that you have reached a Verdict.*

   *If you answered "YES" to Question 1, please proceed to Question 2.*

2. Under the law as given to you in these instructions, do you find that the Plaintiff is to be awarded any damages?

    __✓__ YES      ____ NO

   *If you answered "NO" to Question 2, please sign and date this Verdict Form and tell Ms. Scott that you have reached a Verdict.*

   *If you answered "YES" to Question 2, please proceed to Question 3.*

3. If the Plaintiff is to be awarded damages, state the amount, if any, of:

   Back pay and benefits: 44,100.40

   Compensatory damages: 17,160.00

   *If you did not award any damages, please sign and date this Verdict Form and tell Ms. Scott that you have reached a Verdict.*

   *If you awarded damages in response to Questions 2 and 3, please proceed to Question 4.*

4. If you awarded damages in response to Question 2, do you find that the Plaintiff has carried his burden of proof by clear and convincing proof that he is entitled to punitive damages?

   _____ YES      __X__ NO

*Please sign and date this Verdict Form and tell Ms. Scott that you have reached a Verdict.*

FOREPERSON

6-29-12
DATE